**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GENERAL MOTORS LLC,

                Plaintiff,

v.

CHENGDOUMOQUXINMAOYIYOUXIANG
ONGSI, et al.,

                Defendants.

Case No. 22-cv-01605

**Judge Gary Feinerman**

**Magistrate Judge Sunil R. Harjani**

### FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff General Motors LLC ("Plaintiff" or "GM") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and GM having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by GM a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

GM having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using counterfeit and infringing versions of GM's federally registered trademarks (the "Chevrolet Trademarks") to residents of Illinois. A list of the Chevrolet Trademarks is included in the below chart.

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 647,235 | CHEVROLET | 037 | Maintenance and repair service for automotive vehicles, parts, and accessories. |
| 1,471,518 | CHEVROLET | 028 | Toys and playthings, namely, toy vehicles, toy cars, toy model hobbycraft kits. |
| 1,661,627 | CHEVROLET | 012 | Motor land vehicles, namely, automobiles, passenger vans, cargo vans, sport utility vehicles, pick-up trucks, commercial land vehicles, namely, automobiles, trucks, vans, sport utility vehicles, chassis for the foregoing and any combination thereof and structural parts therefor, |

| | | | |
|---|---|---|---|
| | | | engines therefor, and structural parts thereof; cabs and chassis for trucks; chassis for vans |
| 1,667,108 | CHEVROLET | 042 | Automobile and truck dealership services |
| 1,708,169 | CHEVROLET | 016 | Printed materials, namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 2,309,369 | CHEVROLET | 024 | Cloth banners, cloth flags and bed blankets |
| 2,311,214 | CHEVROLET | 006 | Metal license plates |
| 2,348,249 | CHEVROLET | 025 | Shirts, sweaters, jackets, hats, clothing ties, pants and shorts |
| 2,522,861 | CHEVROLET | 028 | Balloons, Christmas tree ornaments, collectible toy cars, die cast vehicle models, golf bags, golf ball markers, golf balls, golf clubs, golf tees, peddle cars, coin operated pinball machines, plastic toy vehicle model hobbycraft kits, plastic toy model kit cars, radio controlled cars, coin operated video games and hand held units for playing video games |
| 2,563,091 | CHEVROLET | 006 | Metal money clips, metal knobs, non-mechanical metal street signs, non-mechanical metal parking signs, non-mechanical tin signs, metal key rings, metal license plates |
| 4,195,243 | CHEVROLET MYLINK | 012 | Electronic interface modules sold as an integral part of a motor |

| | | | |
|---|---|---|---|
| | | | land vehicle for wired and wireless interface of handheld electronic devices |
| 2,469,555 | CHEVROLET RACING | 016 | Pressure sensitive graphics, namely, decals, stickers, bumper stickers |
| 4,321,360 | CHEVROLET SPARK | 012 | Motor land vehicles, namely, automobiles |
| 2,313,769 | CHEVROLET USA-1 | 006 | Metal license plates |
| 3,506,116 | CHEVROLETOR | 028 | Toy vehicles |
| 2,357,128 | CHEVY | 016 | Pressure sensitive graphics for application to automobiles and automobile dealership windows, decals, stickers, bumperstickers, calendars |
| 2,308,986 | CHEVY | 025 | Shirts, sweaters, jackets, hats, shorts |
| 1,494,385 | CHEVY | 028 | Toys and playthings; namely, toy vehicles, toy cars, toy model battery-operated remote and radio-controlled toy vehicles, friction powered toy vehicles and hobbycraft kits |
| 2,543,117 | CHEVY TRUCKS | 021 | Beverage glassware, bottle openers, can wraps, mugs |
| 2,609,931 | CHEVY TRUCKS | 025 | Clothing, namely, aprons, caps, coat, dress shirts, gloves, golf shirts, hats, jackets, polo shirts, rainwear, sunvisors, sweat shirts, t-shirts and vests |
| 2,649,537 | CHEVY TRUCKS | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, |

4

| | | | |
|---|---|---|---|
| | | | picture frames, plaques, plastic flags, seat cushions, stools |
| 2,313,756 | CAMARO | 006 | Metal license plates |
| 2,356,823 | CAMARO | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits, pants and shorts |
| 2,654,526 | CAMARO | 020 | Desk ornaments, made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, mirrors, non-metal money clips, picture frames, pillows, plastic flags, seat cushions, stools |
| 3,126,223 | CAMARO | 012 | Automobile bumpers, automotive windshield shade screens fitted covers for vehicles, vehicle seat covers |
| 3,628,953 | CAMARO | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 4,246,081 | CAMARO | 028 | Toy vehicles |
| 4,246,082 | CAMARO | 009 | Video game software |
| 1,470,779 | CAMARO Z-28 | 028 | Toys and playthings, namely, toy vehicles, toy cars, toy model hobbycraft kits |
| 4,646,598 | CANYON | 012 | Motor land vehicles, namely, trucks |
| 5,046,433 | CANYON NIGHTFALL EDITION | 012 | Motor vehicles parts and accessories, namely, option package for black motor vehicles comprised |

| | | | |
|---|---|---|---|
| | | | of a black grille, black 5-inch assist steps, 18-inch aluminum wheels, polished exhaust tips, spray-in bedliner, remote start and automatic climate control, sold as a unit |
| 2,311,794 | CHEVELLE | 006 | Metal license plates |
| 4,431,312 | CHEVELLE | 012 | Exterior badges for vehicles |
| 4,431,313 | CHEVELLE | 025 | Clothing, namely, t-shirts, hats, sweatshirts |
| 4,431,314 | CHEVELLE | 028 | Toy vehicles |
| 4,431,315 | CHEVELLE | 027 | Floor mats for vehicles |
| 4,646,599 | COLORADO | 012 | Motor land vehicles, namely, trucks |
| 5,350,973 | COMMERCIAL LINK | 009 | Software application which allows subscribers to obtain vehicle information |
| 5,138,021 | COOL SHIELD | 002 | Corrosion-inhibiting coating sold as a component ingredient of brake rotors for land vehicles |
| 3,970,828 | COPO | 012 | Automobile engines and structural parts |
| 4,151,421 | COPO | 012 | Automobiles |
| 5,726,814 | COPO | 025 | Shirts and short-sleeved shirts, polo shirts, sweat shirts, jackets, baseball caps and hats, beanies |
| 1,467,522 | CORVETTE | 028 | Toys and playthings, namely, toy vehicles, toy cars, toy model hobbycraft kits |
| 1,494,171 | CORVETTE | 014 | Jewelry; namely, quartz watches |
| 1,494,980 | CORVETTE | 009 | Eyeglasses |
| 1,495,033 | CORVETTE | 012 | Motor vehicles; namely, automobiles, engines therefor, and structural |

| | | | |
|---|---|---|---|
| | | | parts thereof |
| 1,792,602 | CORVETTE | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 2,311,215 | CORVETTE | 006 | Metal license plates |
| 2,314,485 | CORVETTE | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits and shorts |
| 2,463,898 | CORVETTE | 006 | Metal money clips, metal gear shift knobs, non-mechanical metal street signs, non-mechanical metal parking signs, non-mechanical tin signs, metal key rings, metal license plates |
| 3,147,782 | CORVETTE C6 | 025 | Clothing, namely, shirts, sweatshirts and t-shirts |
| 4,150,438 | CORVETTE GRAND SPORT | 012 | Motor land vehicles, namely, automobiles |
| 5,643,759 | CRUZE PREMIER | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 4,382,628 | EL CAMINO | 012 | Upholstery for motor land vehicles; exterior and interior badges for motor land vehicles |
| 2,854,854 | EQUINOX | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,757,501 | EXPRESS ACCESS | 012 | Motor land vehicles, namely, vans, engines therefor, and structural |

|  |  |  | parts thereof |
|---|---|---|---|
| 2,308,987 | GENUINE CHEVROLET | 006 | Metal license plates |
| 2,538,435 | GENUINE CHEVROLET | 021 | Beverage glassware, can wraps, coasters, coolers, cups, mugs |
| 2,678,108 | GENUINE CHEVROLET | 009 | Computer mouse pads, neon signs; thermometers not for medical use |
| 4,444,192 | HIGH COUNTRY | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks and vans |
| 661,322 | IMPALA | 012 | Automobiles |
| 2,311,798 | IMPALA | 006 | Metal license plates |
| 2,669,222 | IMPALA | 020 | Chairs, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, picture frames, plastic flags, stools |
| 4,275,949 | L88 | 016 | Decals |
| 4,275,878 | L88 | 012 | Exterior and interior badges for motor land vehicles |
| 4,382,776 | LT-1 | 016 | Decals |
| 4,713,011 | LT1 | 012 | Engines for automobiles, sport utility vehicles, trucks and vans |
| 2,092,090 | MALIBU | 012 | Motor vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 2,663,321 | MALIBU | 020 | Desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, nonmetal key tags, |

| | | | |
|---|---|---|---|
| | | | non-metal license plates, mirrors, non-metal money clips, picture frames, seat cushions and stools |
| 5,675,518 | MALIBU PREMIER | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,430,738 | MONTE CARLO | 006 | Metal license plates |
| 2,681,174 | MONTE CARLO | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, plaques |
| 2,637,279 | ROADRESPONSE | 012 | Struts and shock absorbers for land motor vehicle suspensions |
| 1,039,220 | SILVERADO | 012 | Motor vehicles; namely, trucks |
| 1,519,946 | STINGRAY | 028 | Toys and playthings; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, and toy model hobbycraft kits |
| 1,750,042 | STINGRAY | 012 | Nameplates for motor land vehicles |
| 4,436,811 | STINGRAY | 012 | Motor land vehicles, namely, automobiles |
| 1,490,090 | SUBURBAN | 012 | Motor vehicles, namely, trucks, engines thereof and structural parts therefor |
| 2,652,035 | SUBURBAN | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, |

| | | | plastic flags, seat cushions |
|---|---|---|---|
| 1,880,529 | TAHOE | 012 | Motor vehicles, namely trucks, engines therefor, and structural parts thereof |
| 2,652,036 | TAHOE | 020 | Chairs, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, plastic flags, seat cushions |
| 3,537,570 | TRAVERSE | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 4,704,309 | TRAX | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 4,275,899 | TURBO-FIRE | 016 | Decals |
| 4,275,896 | TURBO-JET | 012 | Exterior and interior badges for motor land vehicles |
| 4,275,897 | TURBO-JET | 016 | Decals |
| 2,316,536 | Z/28 | 025 | Shirts, Jackets, Hats |
| 2,538,434 | Z06 | 025 | Clothing, namely, caps, coats, dress shirts, golf shirts, hats, jackets, polo shirts, sunvisors, sweat shirts, sweaters, t-shirts |
| 2,008,406 | Z71 | 012 | Modified off road chassis sold as components of trucks |
| 2,308,988 | Z71 | 025 | Shirts, jackets, hats |
| 2,654,527 | Z71 | 020 | Chairs, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, plastic flags |

| | | | |
|---|---|---|---|
| 5,027,847 | Z71 TRAIL BOSS | 012 | Passenger vehicles, namely, light duty pickup trucks |
| 4,279,992 | ZR2 | 016 | Decals |
| 5,566,056 | ZR2 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 4,172,493 | ZL1 | 012 | Motor land vehicles, namely, automobiles |
| 4,117,179 | ZL1 | 007 | Automotive engine blocks |
| 216,070 | CHEVROLET | 012 | Automobiles |
| 1,540,658 | Chevrolet | 028 | Toys and playthings; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, friction-powered toy vehicles, and toy model hobbycraft kits |
| 647,236 | CHEVROLET | 037 | Maintenance and repair service for automotive vehicles, parts, and accessories |
| 2,311,397 | CHEVROLET | 025 | Shirts, jackets, hats, clothing ties and shorts |
| 2,563,092 | CHEVROLET | 006 | Metal money clips, metal knobs, non-mechanical metal street signs, non-mechanical metal parking signs, non-mechanical tin signs, metal key rings, metal license plates |

| | | | |
|---|---|---|---|
| 2,678,153 | | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, stools |
| 1,540,884 | | 037 | Maintenance and repair services for motor vehicles, parts and accessories |
| 2,311,791 | | 006 | Metal license plates |
| 2,311,792 | | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits, pants and shorts |
| 2,311,918 | | 024 | Cloth banners, cloth flags, and bed blankets |
| 2,538,436 | | 021 | Beverage glassware, bottle openers, can wraps, coasters, commemorative plates, coolers, corkscrews, cups, glass canisters, ice scrapers with brushes, mugs, ornament replicas of vehicles made of glass, crystal and ceramic, portable |

| | | | |
|---|---|---|---|
| | | | containers, salt and pepper shakers, service trays, squeeze bottles and steins |
| 2,550,170 |  | 028 | Balloons, Christmas tree ornaments, collectible toy cars, diecast vehicle models, golf balls, peddle cars, pinball machines, plastic vehicle kits, plastic vehicle models, radio controlled cars |
| 2,562,025 |  | 014 | Belt buckles, charms, clocks, coins, cuff-links, earrings, lapel pins, money clips, pendants, rings, watches |
| 2,578,898 |  | 025 | Aprons, gloves, headbands, rainwear, robes, scarves, sleepwear, slippers, socks, sunvisors, sweaters, and vests |
| 2,734,714 |  | 009 | Binoculars; calculators; photographic cameras; directional compasses; computer mouse pads; computer mouses; computer game software for use in arcade games, hand held electronic games and video games; computer screen saver software; electric signs; eyeglass cases; eyeglasses; computer and video game cartridges; video game interactive hand held remote controls for playing electronics games; hand held joy stick units for playing video games; graduated rulers; |

| | | | |
|---|---|---|---|
| | | | interactive video games of virtual reality comprised of computer software and hardware; decorative magnets; magnifying glasses; neon signs; prerecorded videotapes featuring information on automobiles; radio antennas; radios; sunglasses; tape measures; telephones; thermometers not for medical use; tire pressure gauges; video rewinders; yard sticks |
| 2,736,654 | | 020 | Badge holders made of plastic, chairs, desk ornaments made of bone, ivory, plaster, plastic, wax and wood, non-metal jewelry boxes, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, mirrors, non-metal money clips, name badges made of plastic, name plates made of plastic, picture frames, pillows, plaques, plastic flags, seat cushions, stools |
| 2,779,456 | | 006 | Metal banks, metal decorative boxes, ingots of common metal, metal key chains, metal key fobs, metal key rings, metal keys, license plates made of metal, non-luminous and non-mechanical metal signs, money clips made of metal, ornamental replicas of vehicles made of metal, non-luminous and non-mechanical |

| | | | |
|---|---|---|---|
| | | | parking signs made of metal, non-luminous and non-mechanical street signs made of metal, metal tool boxes |
| 95,398 |  | 012 | Automobiles, motor-vehicles, and parts thereof |
| 1,519,942 |  | 028 | Toys and play-things; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, friction-powered toy vehicles, and toy model hobbycraft kits |
| 1,530,792 |  | 014 | Clocks |
| 1,661,628 |  | 012 | Motor land vehicles;, namely, automobiles, passenger vans, cargo vans, sport utility vehicles, pick-up trucks, commercial land vehicles;, namely, automobiles, trucks, vans, sport utility vehicles, chassis for the foregoing and any combination thereof and structural parts therefor, engines therefor, and structural parts thereof; cabs and chassis for trucks; chassis for vans |
| 1,668,924 |  | 042 | Automobile and truck dealership services |

| 2,555,071 |  | 006 | Non-luminous and non-mechanical metal street signs and parking signs, metal license plates, and metal key rings |
|---|---|---|---|
| 579,485 |  | 012 | Automobiles |
| 2,311,399 |  | 025 | Shirts, jackets, hats, clothing ties, sweat suits |
| 2,631,880 |  | 016 | Automotive books; bank checks; bumper stickers; desktop business card holders; business cards; calendars; checkbook covers; decals; greeting cards; note pads; paperweights; pen and pencil holders; pens; pictures; playing cards; posters; lithographic prints; trading and collector cards |
| 2,654,528 |  | 020 | Chairs, desk ornaments, made of bone, ivory, plaster, wax, wood, china, crystal, glass and porcelain, jewelry boxes not of metal, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, picture frames, pillows, plaques, plastic flags, seat cushions, stools |
| 2,750,257 |  | 020 | Desk ornaments made of plastic, and wood, jewelry boxes not of metal, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key |

| | | | |
|---|---|---|---|
| | | | tags, non-metal novelty license plates, non-metal money clips, picture frames, plaques |
| 2,232,346 |  | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 2,242,877 |  | 009, 014, 016, 018, 021, 025 | Sunglasses, eyeglass cases and computer peripheral mouse pads<br><br>Jewelry, namely, tie tacks, lapel pins, watches and charms<br><br>Note pads, playing cards, posters<br><br>Umbrellas, luggage, gym bags, leather key fobs, briefcase-type portfolios, attache cases and wallets<br><br>Mugs, portable coolers, coasters not of paper and not being table linen and beverage glassware<br><br>Shirts, sweaters, jackets, hats, clothing ties, sweat suits and shorts |
| 2,683,719 |  | 020 | Chairs, desk ornaments, namely, ornaments of plastic or wood, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, picture frames, pillows, |

| | | | |
|---|---|---|---|
| | | | plaques, plastic flags, seat cushions, stools |
| 3,739,089 |  | 009 | Sunglasses, sunglass cases, computer mouse, laptop carrying cases, CD cases, neon signs |
| 3,739,090 |  | 012 | Fitted dashboard covers for vehicles, vehicle tire valve stem caps, fitted covers for vehicles, license plate frames |
| 3,739,092 |  | 018 | Wallets, duffle bags, backpacks, umbrellas, trunks |
| 3,739,093 |  | 020 | Stools |
| 3,739,094 |  | 021 | Beverage glassware, mugs, travel insulated beverage containers |
| 3,739,096 |  | 025 | Clothing, namely, t-shirts, hats, jackets, shirts, sweatshirts, coats, bandanas |
| 3,739,097 |  | 027 | Floor mats for vehicles |
| 3,739,098 |  | 028 | Toy vehicles |

18

| | | | |
|---|---|---|---|
| 4,482,475 | | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 4,597,263 | | 028 | Toy vehicles, ride-on toy vehicles, remote controlled toy vehicles |
| 4,601,524 | | 014 | Lapel pins, watches |
| 4,601,525 | | 016 | Posters, pens, calendars, blank journal books |
| 4,601,526 | | 021 | Mugs, travel mugs, drinking glasses, water bottles sold empty, portable beverage coolers |
| 4,601,527 | | 025 | Shirts, hats, jackets, coats, pullovers |
| 4,719,036 | | 006 | Non-luminous and non-mechanical metal signs |
| 4,719,043 | | 018 | Duffel bags, leather credit card cases |

| | | | |
|---|---|---|---|
| 2,545,728 |  | 025 | Clothing, namely, shirts, t-shits, jogging suits, sweat shirts, sweat pants, bandanas, sweaters, socks, hats, leather jackets, coats, ties, jackets |
| 1,491,293 |  | 028 | Toys and plaything; namely, toy vehicles, toy cars, toy model hobbycraft kits, battery-operated remote and radio-controlled toy vehicles; and friction powered toy vehicles |
| 1,494,172 |  | 014 | Jewelry; namely quartz watches and gold rings |
| 2,311,917 |  | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits, pants and shorts |
| 2,545,133 |  | 016 | Automotive books, bank checks, bumper stickers, business card holders, business cards, calendars, checkbook covers, children's activity books, decals, note pad holders, note pads, paperweights, pen and pencil holders, pens, photo albums, pictures, playing cards, posters, reproduction lithographic prints, trading and collector cards |
| 2,578,899 |  | 025 | Sleepwear, sunvisors, and vests |
| 2,666,595 |  | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, jewelry |

| | | | |
|---|---|---|---|
| | | | boxes not of metal, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, mirrors, picture frames, pillows, plaques, plastic flags, plastic storage bins, seat cushions, stools |
| 6,190,715 |  | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 6,639,689 |  | 006, 014, 016, 018, 021, 025, 028 | Non-luminous and non-mechanical metal signs<br><br>Posters, pens, calendars, blank journal books<br><br>Duffel bags, leather credit card cases.<br><br>Mugs, travel mugs, drinking glasses, water bottles sold empty, non-electric portable beverage coolers<br><br>Shirts, hats, jackets, coats, pullovers<br><br>Toy vehicles, remote controlled toy vehicles |
| 6,433,801 |  | 012 | Vehicle windshields; vehicle windows |
| 3,650,649 |  | 006 | Metal holiday ornaments; sculptures made of metal |

| | | | |
|---|---|---|---|
| 3,650,651 |  | 016 | Posters, decals, pressure sensitive graphics for application to automobiles, desktop business card holders |
| 3,650,654 |  | 021 | Beverage glassware |
| 3,650,657 |  | 022 | Lanyards for holding badges and passes |
| 4,514,976 |  | 012 | Motor land vehicles, namely, automobiles |
| 4,597,272 |  | 021 | Mugs, travel mugs |
| 4,597,273 |  | 025 | Shirts, hats |
| 4,597,275 |  | 028 | Toy vehicles, ride-on toy vehicles, remote controlled toy vehicles |
| 4,597,292 |  | 006 | Non-luminous and non-mechanical metal signs |

| 4,601,531 | | 014 | Lapel pins |
|---|---|---|---|
| 4,601,532 | | 016 | Pens, posters, blank journal books |
| 2,700,379 | | 020 | Chairs, non-metal key chain non-metal key fobs, non-me key holders, non-metal key rings, non-metal key tags, non-metal license plates, stools |
| 4,863,379 | CAMARO | 025 | Clothing, namely, hats and shirts |
| 4,863,380 | CAMARO | 014 | Lapel pins |
| 4,863,381 | CAMARO | 006 | Non-luminous and non-mechanical metal signs |
| 4,863,382 | CAMARO | 016 | Posters, calendars |
| 4,863,383 | CAMARO | 020 | Decorative mirror |

| | | | |
|---|---|---|---|
| 4,863,384 |  | 021 | Stone coasters |
| 4,863,385 |  | 024 | Cloth banners |
| 5,004,543 |  | 012 | Motor land vehicles, namely, automobiles |
| 1,506,101 |  | 028 | Toys and playthings; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, friction-powered toy vehicles, and toy model hobbycraft kits |
| 2,346.738 |  | 025 | Shirts, jackets, and hats |
| 1,898,835 |  | 012 | Motor vehicles, namely automobiles, engines therefor, and structural parts thereof |
| 2,346,737 |  | 025 | Shirts, jackets, hats, pants |
| 2,346,904 |  | 016 | Stickers and calendars |
| 2,349,761 |  | 006 | Metal license plates |

| | | | |
|---|---|---|---|
| 2,756,065 |  | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal novelty license plates |
| 2,721,375 |  | 020 | Key fobs, key tags, key chains and key rings not made of metal; non-metal license plates |
| 2,705,700 |  | 028 | Toy vehicles |
| 2,705,698 |  | 028 | Toy vehicles |
| 2,705,697 |  | 028 | Toy vehicles |
| 2,705,702 |  | 028 | Toy vehicles |
| 2,708,261 |  | 028 | Toy vehicles |
| 3,161,525 |  | 028 | Miniature models of vehicles, toy vehicles, toy model hobby kits for the construction of toy vehicles, collectable toy cars |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that GM's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a.  using the Chevrolet Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GM product or not authorized by GM to be sold in connection with the Chevrolet Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine GM product or any other product produced by GM, that is not GM's or not produced under the authorization, control or supervision of GM and approved by GM for sale under the Chevrolet Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of GM, or are sponsored by, approved by, or otherwise connected with GM;

    d.  further infringing the Chevrolet Trademarks and damaging GM's goodwill; and

    e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for GM, nor authorized by GM to be sold or offered for sale, and which bear any of GM's trademarks, including the

Chevrolet Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon GM's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart") and DHgate.com Inc. ("DHgate"), (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Chevrolet Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), GM is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit Chevrolet Trademarks in connection with the sale of products through at least Defaulting Defendants' Online Marketplaces.

4. GM may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Walmart, Wish.com, Amazon Pay, and DHgate by e-mail delivery to the e-mail addresses GM used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Amazon Pay, and DHgate, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and

enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6.      All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Amazon Pay, and DHgate, are hereby released to GM as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Amazon Pay, and DHgate, are ordered to release to GM the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7.      Until GM has recovered full payment of monies owed to it by any Defaulting Defendant, GM shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and DHgate in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and DHgate shall within seven (7) calendar days:

a.   locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

    b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.  release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8.    Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within seven (7) calendar days:

    a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.  release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to GM as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

9.    In the event that GM identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, GM may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi and any e-mail addresses provided for Defaulting Defendants by third parties.

29

10.     The ten thousand dollar ($10,000) surety bond posted by GM is hereby released to GM or

its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the

surety bond previously deposited with the Clerk of the Court to GM or its counsel.

This is a Final Judgment.

DATED: July 29, 2022

_____
Gary Feinerman
United States District Judge

**General Motors LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-01605**

**Schedule A**

| | Defendant Online Marketplaces | |
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | amazon.com/sp?seller=A2LO939C2H7KGB | chengdoumoquxinmaoyiyouxiangongsi |
| 2 | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED |
| 4 | amazon.com/sp?seller=A2R0WE9YR6R4PM | LIXINPARTS |
| 5 | amazon.com/sp?seller=A2UJVABJ1Z7060 | Haocc Loud |
| 6 | DISMISSED | DISMISSED |
| 7 | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED |
| 11 | DISMISSED | DISMISSED |
| 12 | amazon.com/sp?seller=A3B79WBZ5VS8NV | ArBRosa |
| 13 | amazon.com/sp?seller=A3EU25P8LVPYG4 | LianChengXianXueYingNanBaiHuoShangHang |
| 14 | amazon.com/sp?seller=A3KI3780HX0PQQ | Dgimis |
| 15 | DISMISSED | DISMISSED |
| 16 | DISMISSED | DISMISSED |
| 17 | DISMISSED | DISMISSED |
| 18 | amazon.com/sp?seller=A3TCMBB2D524FE | A3TCMBB2D524FE |
| 19 | DISMISSED | DISMISSED |
| 20 | DISMISSED | DISMISSED |
| 21 | DISMISSED | DISMISSED |
| 22 | amazon.com/sp?seller=A9OTQNU8ATMGD | KSDHFH |
| 23 | amazon.com/sp?seller=AAZGJ80PW23CG | CHECHAOXUAN |
| 24 | DISMISSED | DISMISSED |
| 25 | DISMISSED | DISMISSED |
| 26 | amazon.com/sp?seller=AETOZTTZM9DR4 | leinuozhuangshigongcheng |
| 27 | DISMISSED | DISMISSED |
| 28 | amazon.com/sp?seller=AOCK3TQB8H0AY | wangchaochaoshangmaoyouxiangongsi |
| 29 | amazon.com/sp?seller=AP55Y0BEENNZP | Luckydecals |
| 30 | DISMISSED | DISMISSED |
| 31 | EDISMISSED | DIMISSED |
| 32 | ebay.com/usr/apluscarhome | apluscarhome |

| 33 | ebay.com/usr/auto_supermarket | auto_supermarket |
|----|-------------------------------|------------------|
| 34 | DISMISSED | DISMISSED |
| 35 | ebay.com/usr/autobestpartner | autobestpartner |
| 36 | ebay.com/usr/auto-grilleworld | auto-grilleworld |
| 37 | ebay.com/usr/automotivegalaxy | automotivegalaxy |
| 38 | ebay.com/usr/autoparts_2017 | autoparts_2017 |
| 39 | ebay.com/usr/autoproducts_2021 | autoproducts_2021 |
| 40 | DISMISSED | DISMISSED |
| 41 | DIMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED |
| 45 | ebay.com/usr/autotrims0913 | autotrims0913 |
| 46 | ebay.com/usr/awsomecarshop | awsomecarshop |
| 47 | ebay.com/usr/baixiang1231 | baixiang1231 |
| 48 | ebay.com/usr/bgjoy20 | bgjoy20 |
| 49 | ebay.com/usr/bjysyd2018 | bjysyd2018 |
| 50 | DISMISSED | DISMISSED |
| 51 | ebay.com/usr/butterfly285 | butterfly285 |
| 52 | ebay.com/usr/buyu555 | buyu555 |
| 53 | ebay.com/usr/cardvdlcd | cardvdlcd |
| 54 | DISMISSED | DISMISSED |
| 55 | ebay.com/usr/carpartskindom | carpartskindom |
| 56 | DISMISSED | DISMISSED |
| 57 | ebay.com/usr/charminghorse2016 | charminghorse2016 |
| 58 | ebay.com/usr/cision96 | cision96 |
| 59 | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED |
| 61 | ebay.com/usr/cwz2017-4 | cwz2017-4 |
| 62 | ebay.com/usr/cxnd6414 | cxnd6414 |
| 63 | ebay.com/usr/dde8691 | dde8691 |
| 64 | DISMISSED | DISMISSED |
| 65 | ebay.com/usr/eforcar | eforcar |
| 66 | DISMISSED | DIMISSED |
| 67 | ebay.com/usr/ff9882 | ff9882 |
| 68 | ebay.com/usr/focus-parts | focus-parts |
| 69 | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED |
| 71 | DISMISSED | DISMISSED |
| 72 | ebay.com/usr/good-77parts | good-77parts |
| 73 | ebay.com/usr/gupiaoguang | gupiaoguang |

| 74 | DISMISSED | DISMISSED |
|-----|-----------|-----------|
| 75 | ebay.com/usr/happy105 | happy105 |
| 76 | DISMISSED | DISMISSED |
| 77 | ebay.com/usr/hongshu_automobile | hongshu_automobile |
| 78 | ebay.com/usr/hot-rapid-store | hot-rapid-store |
| 79 | DISMISSED | DISMISSED |
| 80 | ebay.com/usr/hwc515i | hwc515i |
| 81 | ebay.com/usr/ibai-29 | ibai-29 |
| 82 | ebay.com/usr/jiaang618 | jiaang618 |
| 83 | ebay.com/usr/jiajia-168 | jiajia-168 |
| 84 | DISMISSED | DISMISSED |
| 85 | ebay.com/usr/jsbe1266 | jsbe1266 |
| 86 | ebay.com/usr/jxdyfq | jxdyfq |
| 87 | DISMISSED | DISMISSED |
| 88 | ebay.com/usr/liurongmin6969 | liurongmin6969 |
| 89 | ebay.com/usr/lixian-2show | lixian-2show |
| 90 | ebay.com/usr/ljq20-45 | ljq20-45 |
| 91 | ebay.com/usr/loving-watches-store | loving-watches-store |
| 92 | DISMISSED | DISMISSED |
| 93 | ebay.com/usr/maotashangdian | maotashangdian |
| 94 | ebay.com/usr/mianyangxinxiangheshangmao | mianyangxinxiangheshangmao |
| 95 | ebay.com/usr/momoda_2019 | momoda_2019 |
| 96 | ebay.com/usr/muzhaoshangmao | muzhaoshangmao |
| 97 | ebay.com/usr/mx13-20 | mx13-20 |
| 98 | ebay.com/usr/onlywangfei | onlywangfei |
| 99 | ebay.com/usr/orangeltd | orangeltd |
| 100 | ebay.com/usr/ouhaodingsheng7 | ouhaodingsheng7 |
| 101 | ebay.com/usr/panda-blossom | panda-blossom |
| 102 | DISMISSED | DISMISSED |
| 103 | ebay.com/usr/qhf-55 | qhf-55 |
| 104 | ebay.com/usr/ruru4846 | ruru4846 |
| 105 | DISMISSED | DISMISSED |
| 106 | DISMISSED | DISMISSED |
| 107 | ebay.com/usr/sundonghai1122 | sundonghai1122 |
| 108 | ebay.com/usr/szmotor | szmotor |
| 109 | ebay.com/usr/tengshi | tengshi |
| 110 | DISMISSED | DISMISSED |
| 111 | ebay.com/usr/topbopo | topbopo |
| 112 | ebay.com/usr/topbuild1 | topbuild1 |
| 113 | DISMISSED | DISMISSED |
| 114 | DISMISSED | DISMISSED |

| 115 | ebay.com/usr/vdt-96 | vdt-96 |
| 116 | ebay.com/usr/vzmotors88 | vzmotors88 |
| 117 | DISMISSED | DISMISSED |
| 118 | DISMISSED | DISMISSED |
| 119 | ebay.com/usr/wealthsweets | wealthsweets |
| 120 | ebay.com/usr/wefunstore19 | wefunstore19 |
| 121 | DISMISSED | DISMISSED |
| 122 | ebay.com/usr/wheel_b47 | wheel_b47 |
| 123 | ebay.com/usr/willpo_67 | willpo_67 |
| 124 | ebay.com/usr/wmm0516 | wmm0516 |
| 125 | ebay.com/usr/wwhhwanghh9 | wwhhwanghh9 |
| 126 | ebay.com/usr/wyan2030 | wyan2030 |
| 127 | ebay.com/usr/xufayyuyngjie | xufayyuyngjie |
| 128 | ebay.com/usr/yangw-77 | yangw-77 |
| 129 | ebay.com/usr/yeve6180 | yeve6180 |
| 130 | DISMISSED | DISMISSED |
| 131 | DSIMISSED | DISMISSED |
| 132 | ebay.com/usr/yiqiongmaoyi | yiqiongmaoyi |
| 133 | DISMISSED | DISMISSED |
| 134 | DISMISSED | DISMISSED |
| 135 | DISMISSED | DISMISSED |
| 136 | ebay.com/usr/zcsteam | zcsteam |
| 137 | ebay.com/usr/zhangyuanshangdian | zhangyuanshangdian |
| 138 | wish.com/merchant/540c0c851d2d43128a7a78d0 | hehe fashion |
| 139 | wish.com/merchant/540c3274c5c246307019ded4 | haisheng fashion |
| 140 | wish.com/merchant/540f0c0d7f086e0d3798bb36 | tianyuansuppermarket |
| 141 | wish.com/merchant/541256b04ad3ab15860f7272 | xuqingchu fashoin |
| 142 | wish.com/merchant/54152033f8abc87983772dfa | jiangkeyu fashion |
| 143 | wish.com/merchant/54183e377541ce70a0afb200 | hejian fashion |
| 144 | wish.com/merchant/541d2a434ad3ab65449b31ad | yeji fashion |
| 145 | DISMISSED | DISMISSED |
| 146 | wish.com/merchant/549c0f29b9b7e70cbc5394e8 | DP_Store |
| 147 | DISMISSED | DISMISSED |
| 148 | wish.com/merchant/561f1794bf8fe6160ed37015 | kalu International company |
| 149 | wish.com/merchant/564b82870a9fda1f5fb6af4e | earvines |
| 150 | wish.com/merchant/58aeb9929dc860521d2eac5a | Richarter |
| 151 | wish.com/merchant/58b7935e3c18975a1880ff7c | Chasedreamtradeltd |
| 152 | wish.com/merchant/5902160c0d2cac110d425223 | yuhai |
| 153 | wish.com/merchant/598db4f030e1f3160a8faed9 | zhenyanstore |
| 154 | wish.com/merchant/59cf427db53c7f1d7fd509de | zzxuan |
| 155 | wish.com/merchant/5a38c7bf6d2c6b629b8e3d88 | Molidou |
| 156 | wish.com/merchant/5aac93cc70cf6909910d9c57 | HuanXiangstore |

| 157 | wish.com/merchant/5ac35fa822fad70fe8b6dd08 | huzhongstore |
| 158 | wish.com/merchant/5ac5d33408a2244ca687edc7 | bfdgvjerwed8453 |
| 159 | wish.com/merchant/5ac618eeb125ab2e3d62310f | sea shell house |
| 160 | wish.com/merchant/5af690737824ca1e57418b8a | luqingqing17 |
| 161 | wish.com/merchant/5afa8a2a8aa33d310ebd847d | wangzhongfeng |
| 162 | wish.com/merchant/5b00f2f87d4d843f7e90b5d9 | eqwuioxz |
| 163 | wish.com/merchant/5b42bdbfb6723518c190f839 | pan.182 |
| 164 | wish.com/merchant/5b73df7ecfde147e1bbaae6d | luoshuzhen |
| 165 | wish.com/merchant/5b94e1bb1e174e285e12072f | storezhangbingbing |
| 166 | wish.com/merchant/5d4d21bd7ad24249eb1d42f6 | baodanba520 |
| 167 | wish.com/merchant/5d5655bde49d3c7750f21971 | jingchao88 |
| 168 | wish.com/merchant/5d8b49650f02885b55f3741b | British.absent |
| 169 | wish.com/merchant/5d8ee7297f8b092a9317240e | moyudushang |
| 170 | wish.com/merchant/5d95710f7f8b091143c808be | henan wulin |
| 171 | wish.com/merchant/5de0ac0484f18438aebf753f | henldiflan |
| 172 | wish.com/merchant/5e44f4f149df164bbfe7c6d2 | RCVB89HBJ |
| 173 | wish.com/merchant/5e626d0829e78638c0983f6e | Albert Hernandez |
| 174 | wish.com/merchant/5e63bbb0b24fc99b6d6c1edf | Roderick Daniel |
| 175 | wish.com/merchant/5e68c827c6a6e679c0bec7e1 | trisha rosese |
| 176 | wish.com/merchant/5e693e519145adeada972e6a | TRAC KLOU |
| 177 | wish.com/merchant/5e6cbb94eb2b334bc07647a2 | LaoqiulunjiaowO |
| 178 | wish.com/merchant/5e6cf2f31061cf9c4254e7ad | OunanjijRq |
| 179 | wish.com/merchant/5e6cfa4457af09a51c60d33a | GaikanggangshugYf |
| 180 | wish.com/merchant/5e6cfb2629e7860e81df71e0 | QiangjiaotangbBk |
| 181 | wish.com/merchant/5e6dd8431061cf38e954e780 | RenxixianiX |
| 182 | wish.com/merchant/5e6e2c6057af09800d60d2fc | Alexanderagg |
| 183 | wish.com/merchant/5e7b25927b58822ebd009af0 | panweeduey |
| 184 | wish.com/merchant/5e858655b5a908cda1de875e | dhfuiyeihr |
| 185 | wish.com/merchant/5e86d6a13338732a80716d57 | hjsoioasyaaplm |
| 186 | wish.com/merchant/5e86f3c48b575e887803d337 | Gerald Shea |
| 187 | wish.com/merchant/5e93eaa9a93eff7b404b4c11 | mcphineerf |
| 188 | wish.com/merchant/5e9591eb3b55ac310219aa4e | Liyixiao521 |
| 189 | wish.com/merchant/5eff47965c9c042bd0ff00a1 | aiudyqkdq |
| 190 | wish.com/merchant/5f3ca619e09a35ca8190653b | Yinyijun423 |
| 191 | wish.com/merchant/5f4f5524342f2ab8525a6f14 | wuyanquan865 |
| 192 | wish.com/merchant/5f5ece1150f29e8afaba58bd | yjydru |
| 193 | wish.com/merchant/5f6863a77c73327af77929d7 | chayouxian Store |
| 194 | wish.com/merchant/5f7bdd0ed3efdd4131162808 | Custom-L2020 Club |
| 195 | wish.com/merchant/5f8919d14b99ad5c51cc6784 | gaosiying Store |
| 196 | wish.com/merchant/5fb2601b09accbf188556ff5 | dsftghj34567 |
| 197 | wish.com/merchant/5fb27ceda720807dedacf76e | cvbn5677fhg6 |
| 198 | wish.com/merchant/5fcc5211b3d34263dcd1c888 | huangnianyunloi |
| 199 | wish.com/merchant/5fcc901f68d20e9690a1ad87 | zhaoyuwei884 |
| 200 | wish.com/merchant/5fcc99ba1b3ca3b0e53a2a4a | libingcun |

| 201 | wish.com/merchant/5fcca05e1b3ca3b7213a2b0e | Langyuanyuan |
| 202 | wish.com/merchant/5fd0c03305ef5dc878562806 | niodea |
| 203 | wish.com/merchant/5fd1f11f49eb6848908a76ad | gatsonm |
| 204 | wish.com/merchant/5fd48c53e69fe878f43a5b5b | Zhoushanshan7805 |
| 205 | wish.com/merchant/5fe19fdab4b85f1bccac0334 | chenlei7822 |
| 206 | wish.com/merchant/5ff8448842df3500425de7ea | jiangyong86512 |
| 207 | wish.com/merchant/6007469318d5547162213f4d | Goldfort |
| 208 | wish.com/merchant/6056d2fda86d433d417ac70e | jihonghu29551 |
| 209 | wish.com/merchant/609651f3acf3fa4d0c715563 | wanganlin81289 |
| 210 | wish.com/merchant/6129f0ea137f5f9a0548ec66 | jiangjialing51282 |
| 211 | wish.com/merchant/6132d7b3c291ea03e7bbb082 | gehengfeng53005 |
| 212 | wish.com/merchant/613583fe172f3a7410967348 | hongshenglong02034 |
| 213 | wish.com/merchant/61399128d859e0fb1cae4601 | zhaohongjie54781 |
| 214 | wish.com/merchant/61663a06185a28877dd92576 | zhouyunlong76074 |
| 215 | wish.com/merchant/616923495d7de0c7c2197874 | mamingchen23870 |
| 216 | wish.com/merchant/616a4d4c8f85d0f01d048229 | liudawnag23936 |
| 217 | wish.com/merchant/616a7885db424ab133e7249d | yanghuaying24026 |
| 218 | wish.com/merchant/616a8f2f25a5cc4363e752ff | yangwenle24219 |
| 219 | wish.com/merchant/616bbc2c98e1dedff3360fcd | songjiangling23983 |
| 220 | wish.com/merchant/617224b30df678ec87d31f8b | xiechangjin24194 |
| 221 | wish.com/merchant/619b38d758ceb7d20410dd07 | muyaoya22831 |
| 222 | wish.com/merchant/619c640d2e0e4ae147270d4e | zhouyangya22593 |